Same case below, 413 Fed. Appx. 670.

**No. 11-5767. Robert Lee Woodard, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1116, 132 S. Ct. 1000, 181 L. Ed. 2d 743, 2012 U.S. LEXIS 279.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 414 Fed. Appx. 675.

**No. 11-5792. Albert Morgan, Jr., Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

565 U.S. 1116, 132 S. Ct. 1075, 181 L. Ed. 2d 743, 2012 U.S. LEXIS 275.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 428 Fed. Appx. 974.

**No. 11-5819. Warren Taylor, Petitioner v. United States.**

565 U.S. 1116, 132 S. Ct. 1000, 181 L. Ed. 2d 743, 2012 U.S. LEXIS 397.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 432 Fed. Appx. 705.

**No. 11-5847. Dennis Florer, Petitioner v. Congregation Pidyon Shevuym, et al.**

565 U.S. 1116, 132 S. Ct. 1000, 181 L. Ed. 2d 743, 2012 U.S. LEXIS 143.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 639 F.3d 916.

**No. 11-5939. Curtis Oneal Rhine, Petitioner v. United States.**

565 U.S. 1116, 132 S. Ct. 1001, 181 L. Ed. 2d 743, 2012 U.S. LEXIS 223.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 637 F.3d 525.

**No. 11-6039. Kevin Carvahlo, Petitioner v. United States.**

565 U.S. 1116, 132 S. Ct. 1001, 181 L. Ed. 2d 743, 2012 U.S. LEXIS 343.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.